UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

THEODORE J. PHILLIPS (#216784)

VERSUS                                              CIVIL ACTION NO.: 06-974-JVP-DLD

WARDEN BURL CAIN, ET AL

# RULING ON MOTIONS
# FOR SUMMARY JUDGMENT

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Dalby dated April 18, 2008 (doc. 22).  Plaintiff has filed an objection which merely restates legal argument and does not require *de novo* factual findings under 28 U.S.C. § 636.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, plaintiff's Motion for Summary Judgment (doc. 12) is hereby **DENIED.**  Further, defendants' Motion for Summary Judgment (doc. 14) is hereby **GRANTED**, dismissing the plaintiff's claims against the defendants, and this action shall be dismissed, without prejudice to any state law claims which the plaintiff may have.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, May 9, 2008.

                                    JOHN V. PARKER
                                    UNITED STATES DISTRICT JUDGE
                                    MIDDLE DISTRICT OF LOUISIANA