UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

THEODORE J. PHILLIPS (#216784)

VERSUS

CIVIL ACTION NO.: 06-974-JVP-DLD

WARDEN BURL CAIN, ET AL

## JUDGMENT

The court's ruling dated May 9, 2008 (doc. 23.);

IT IS HEREBY ORDERED the claims of plaintiff, Theodore J. Phillips, against the defendants, Louisiana State Penitentiary, Burl Cain, Michael Laborde, Antonio Whitaker, Charles Henery, and Aaron Stanwood are hereby dismissed, without prejudice, to any state law claims which the plaintiff may have.

Baton Rouge, Louisiana, May 12, 2008.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA